IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HOWARD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-CV-3797** |
| | : | |
| **JOHN E. POTTER, Postmaster General** | : | |

## ORDER

AND NOW, this _____ day of November, 2002, Defendant's Motion to Dismiss, or in the alternative, Motion to Strike (docket no. 3) having been filed and served on September 9, 2002, and no response by Plaintiff having been filed, **IT IS HEREBY ORDERED** that Plaintiff shall respond on or before **November 18, 2002** or the Complaint will be dismissed forthwith.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**