IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HOWARD, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 02-3797 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES POSTAL SERVICE, | : | |
| | : | |
| Defendant. | : | |

## PRAECIPE

Defendant United States Postal Service notifies the Court that it is filing in hard copy/ paper form the Declaration of Frank Jacquette in support of the defendant's Reply to Plaintiff's Answer to Defendant's Motion to Dismiss or, In the Alternative, Motion to Strike.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

_____
BARBARA ROWLAND
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8311 Telephone
(215) 861-8349 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of November 2002, I caused a true and correct copy of the foregoing Praecipe and Declaration of Frank Jacquette to be served by first-class United States mail, postage prepaid, upon the following:

>James J. Munnis, Esq.
>882 S. Matlack Street
>Suite 101
>West Chester, PA 19382

_____
Barbara Rowland