IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HOWARD, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 02-3797 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES POSTAL SERVICE, | : | |
| | : | |
| Defendant. | : | |

## DECLARATION OF FRANK JACQUETTE

I, FRANK JACQUETTE, declare under penalty of perjury as follows:

1. I am a Labor Relations Specialist at the Headquarters Labor Relations Office of the United States Postal Service in Washington D.C.

2. My duties and responsibilities include, but are not limited to, overseeing and conducting the most complex projects for the design, development, implementation, evaluation, monitoring, administration, and improvement of national labor relations programs and policies, including agreement implementation, grievance handling, arbitration, contract analysis, collective bargaining, and appeals.

3. My duties also include providing support and guidance to the labor relations representatives in the field. My team is assigned to handle matters involving the USPS- National Postal Mail Handlers' National Agreement.

4. The terms and conditions of employment for Postal Service employees in the mailhandler craft are generally governed by the USPS- National Postal Mail Handlers National Agreement.

5. According to the contract, either an employee or a union steward may initiate a grievance at step 1. Article 15.2.

6. The union may unilaterally decide whether to appeal a step one grievance to step 2, 3 or 4 of the Grievance-Arbitration procedure. Article 15.2.

7. At all times the union has the right and authority to settle any grievance, in whole or in part, with or without the consent of the individual grievant. Article 15.2.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that to the best of my knowledge, information and belief that the above statements are true and correct.

EXECUTED this 21st day of November 2002.

*[signature]*
FRANK X. JACQUETTE III
Labor Relations Specialist
Contract Administration NRLCA/NPMHU
Headquarters
United States Postal Service