IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HOWARD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-CV-3797 |
| | : | |
| **JOHN E. POTTER, Postmaster General** | : | |

### ORDER

**AND NOW**, this _____ day of February, 2003, upon consideration of Plaintiff's unopposed Motion to Amend the Complaint (docket no. 12), it is **ORDERED** that the Motion is **GRANTED**. Accordingly, Plaintiff shall file an Amended Complaint in the form proposed in Plaintiff's Motion within 10 days of receipt of this Order.

It is **FURTHER ORDERED** that Defendant's Motion to Dismiss the Complaint (docket no. 3) is **DENIED AS MOOT**.

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, J.**