***CAROSELLA & FERRY, P.C.***
JAMES J. MUNNIS, ESQUIRE
ATTORNEY I.D. NO. 69691
882 S. Matlack St., Suite 101
West Chester, PA 19382                              Attorney for Plaintiff,
610-431-3300                                        David Howard

---

| | | |
|---|---|---|
| DAVID HOWARD | : | IN THE UNITED STATES DISTRICT |
| | : | COURT FOR THE EASTERN DISTRICT |
| Plaintiff | : | OF PENNSYLVANIA |
| vs. | : | |
| | : | |
| JOHN E. POTTER, | : | CIVIL ACTION |
| POSTMASTER GENERAL | : | |
| | : | |
| Defendant | : | NO. 02-CV-3797 |

---

**PLAINTIFF'S ANSWER TO DEFENDANT'S
<u>RENEWED MOTION TO DISMISS COUNT II</u>**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff, David Howard, respectfully requests this honorable Court deny Defendant's Renewed Motion to Dismiss Count II of the Complaint.


                                        Respectfully submitted,
                                        ***CAROSELLA & FERRY, P.C.***


*Date:*_____          _____
                                        James J. Munnis, Esquire
                                        Attorney for David Howard, Plaintiff