| 01 Effective Date 05-02-2002 | NOTIFICATION of PERSONNEL ACTION U. S. Postal Service | 02 Social Security Number 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 |

**EMPLOYEE INFORMATION**

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 03 | Employee Name-Last | HOWARD | 39 | FLSA Status | N - NON-EXEMPT |
| 04 | Employee Name-First | DAVID | 40 | Pay Location | 102 |
| 05 | Employee Name-Middle | A | 41 | Rural Carrier-Route | |
| 06 | Mailing Address Street/Box/Apts | 422 FORGE LN | 42 | Rural Carr-L-Rte ID | |
| | | | 43 | Rural Carr-Pay Type | |
| 07 | Mailing Address-City | EXTON | 44 | Rural Carr-Tri-Weekly | |
| 08 | Mailing Address-State | PA | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address-Zip+4 | 19341-1816 | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | 04-07-1965 | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 - NO PREFERENCE | 48 | Rural Carr-Hours | |
| 12 | Sex | | 49 | Rural Carr-Miles | |
| 13 | Minority | | 50 | Job Sequence | 1 |
| 14 | Disability | | 51 | Occupation Code | 2315-01XX |
| 15 | Leave Comp Date | 12-31-1988 | 52 | Position Title | MAIL HANDLER |
| 16 | Enter on Duty Date | 12-31-1988 | 53 | Functional Oper Nbr | 1700 |
| 17 | Retirement- Comp Date | 12-31-1988 | 54 | Designation/Activity | 12/0 |
| 18 | Serv Anniversary PPYR | 02-1989 | 55 | Position Type | 1 - FULL TIME |
| 19 | TSP Eligibility | Y - ELIGIBLE WITH DEDUCT | 56 | Limit Hours | |
| 20 | TSP Service Comp Date | 12-31-1988 | 57 | Allowance Code | |
| 21 | Prior CSRS Service | N | 58 | Employment Type | |
| 22 | Frozen Csrs Time | | | **SALARY INFORMATION** | |
| 23 | Leave Data-Category | 6 - HOURS/PP | 59 | Pay Rate Code | A - ANNUAL RATE |
| 24 | Leave Data-Chg PPYR | 03-2004 | 60 | Rate Schedule Code | M - MAIL HANDLERS |
| 25 | Leave Data-Type | 1 - ADVANCED AT BEGINNING | 61 | Grade/Step | 04/ K |
| 26 | Credit Military Serv | | 62 | Base Salary | 37,615 |
| 27 | Retired Military | | 63 | Cola | |
| 28 | Retirement Plan | 8 - FERS | 64 | Cola Roll-In Ind | |
| 29 | Employee Status | | 65 | Next Step PPYR | 17-2002 |
| 30 | Life Insurance | C0 - Basic Only | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | |
| | **POSITION INFORMATION** | | 68 | Special Salary Code | |
| 32 | Employ Office-Fin No | 41-1627 | 69 | Protected RSC | |
| 33 | Employ Office-Name | SOUTHEASTERN POST OFFICE | 70 | Protected Grade/Step | |
| | | | 71 | Expiration PP/YR | |
| 34 | Employ Office-Address | SOUTHEASTERN PA 19399-9994 | 72 | Protected RC Hours | |
| | | | 73 | Protected RC Miles | |
| 35 | Duty Station-Fin No | 41-1627 | 74 | RC Guaranteed Salary | |
| 36 | Duty-Station-Name | SOUTHEASTERN POST OFFICE | 75 | Annuity Amount | |
| 37 | Appt Expiration Date | | 76 | Red Circle Code | 0 |
| 38 | Probation Expir Date | | | | |

**NATURE OF PERSONNEL ACTION**

| 77 | Nature of Action Code | 326 | 78 | Authority | 39-USC SECT. 1001 |
| 79 | Description | SEPARATION DISABILITY | 80 Code 522 | 81 Code 504 | 82 Code | 83 Code 668 |

84 Remarks
  LAST DAY IN PAY STATUS 07-11-1997
  EMPLOYEE TO BE PAID FOR ALL ACCUMULATED LEAVE TO WHICH ENTITLED UNDER EXISTING LAW.
  SF 8 & TSP WITHDRAWAL PACKAGE GIVEN TO EMPLOYEE.
  GRIEVANCE SETTLEMENT C94M-1C-C-98000210 & EEOC 170-A1-8053X AND
  AGENCY # 1C-195-0023-98   JLC 05292002

| 85 Authorization GARY L. MCCURDY, VP AREA OPERATIONS-ALLEGHENY AREA | 86 Processed Date | 06-05-2002 |
| | 87 Personnel Office ID | MF49 |
| | 88 OPF Location | SOUTHEASTERN POST OFFICE |

PS Form 50, March 1990 (Exception to Standard Form 50)   2 - OPF COPY