**CAROSELLA & FERRY, P.C.**
JAMES J. MUNNIS, ESQUIRE
ATTORNEY I.D. NO. 69691
882 S. Matlack St., Suite 101
West Chester, PA 19382                                        Attorney for Plaintiff,
610-431-3300                                                  David Howard

---

| | | |
|---|---|---|
| DAVID HOWARD | : | IN THE UNITED STATES DISTRICT |
| | : | COURT FOR THE EASTERN DISTRICT |
| Plaintiff | : | OF PENNSYLVANIA |
| vs. | : | |
| | : | |
| JOHN E. POTTER, | : | CIVIL ACTION |
| POSTMASTER GENERAL | : | |
| | : | |
| Defendant | : | NO. 02-CV-3797 |

---

## CERTIFICATE OF SERVICE

I, James J. Munnis, Esquire, certify that on the      day of                , 2004, I served a true and correct copy of the foregoing *Plaintiff's Reply to Defendant's Reply to Plaintiff's Opposition to Defendant's Renewed Motion to Dismiss Count II* by First Class Mail, postage prepaid, to:

> Barbara Rowland
> Assistant United States Attorney
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106

                                                    *CAROSELLA & FERRY, P.C.*
                                                    By:

*Date:*_____         _____
                                                    JAMES J. MUNNIS, ESQUIRE
                                                    Attorney for David Howard, Plaintiff