IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HOWARD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 02-CV-3797 |
| UNITED STATES POSTAL SERVICE, | : | |
| | : | |
| Defendant. | : | |

**RULE 16 MEMORANDUM**

AND NOW, counsel for plaintiff David Howard and counsel for the United States Postal Service hereby submit a Joint Rule 16 Memorandum as required by the Court's Order of January 25, 2005.

1. Proposed Schedule for remaining pretrial proceedings:

    a. Non-dispositive motions – April 30, 2005

    b. Completion of discovery – April 30, 2005

    c. File pre-trial memoranda – June 3, 2005 or 21 days after Court rules on dispositive motions, if any, whichever is later

    d. Exchange exhibits – June 3, 2005 or 21 days after Court rules on dispositive motions, if any, whichever is later

    e. Exchange experts' reports – May 10, 2005

    f. File dispositive motions – May 21, 2005

2. Statements on each of the following:

    a. Prospects of amicable settlement – Attempts have been unsuccessful

    b.    The parties do not agree to refer this case to U.S. Magistrate Judge Jacob P. Hart for trial.

    c.    A jury trial of this matter is anticipated to require three to five days.

    d.    The Court has jurisdiction under 28 U.S.C. section 1331.

    e.    None.

3.    By the signatures of counsel below, the parties certify that they have met and conferred.

Respectfully submitted,

| COUNSEL FOR PLAINTIFF | PATRICK L. MEEHAN<br>United States Attorney |
|---|---|
| _____<br>James J. Munnis, Esq.<br>882 S. Matlack Street<br>Suite 101<br>West Chester, PA 19382<br>(610) 431-3300 Telephone<br>(610) 431-6363 Facsimile | _____<br>Barbara Rowland<br>Assistant United States Attorney<br>615 Chestnut Street, Suite 1250<br>Philadelphia PA 19106-4476<br>(215) 861-8311 Telephone<br>(215) 861-8349 Facsimile |