IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HOWARD** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-3797 |
| | : | |
| **UNITED STATES POSTAL SERVICE** | : | |

## SCHEDULING ORDER

**AND NOW**, this 4th day of March, 2005, pursuant to Federal Rule of Civil Procedure 16(b), it is **ORDERED** that the following schedule shall apply in this case:

1. Non-dispositive motions shall be filed by April 29, 2005.

2. Discovery shall be completed by April 29, 2005.

3. The parties shall exchange expert reports by May 10, 2005.

4. Dispositive motions shall be filed by May 20, 2005.

5. Exhibits shall be exchanged by June 3, 2005 or 21 days after the Court rules on dispositive motions, whichever is later.

6. The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule of Civil Procedure 16.1(c), preliminary and final jury instructions, special interrogatories, verdict forms, and any motions in limine (with a copy of each also delivered to Chambers) by October 3, 2005.[1]

7. A final pretrial conference is scheduled for **Monday, October 17, 2005, at 11:00**

---

[1] The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an agreed upon version of verdict forms or special interrogatories to the jury, and preliminary and final jury instructions including a statement of the case summarizing succinctly each party's position and stating the essential elements of claims and defenses that must be proved by each party. When agreement is not reached with respect to a jury instruction, requests for that instruction must be accompanied by citation of legal authority. If a model jury instruction is used (e.g., Devitt & Blackmar), any modifications should be indicated by underlining and boldfacing additions and striking out deletions.

      **a.m.**[2]

8.     This case will be placed in the Court's trial pool on **Monday, October 24, 2005**. Once placed in the trial pool, a case may be called to trial upon 24 hours notice to counsel.

                          **BY THE COURT:**

                          **S/Bruce W. Kauffman**
                          **BRUCE W. KAUFFMAN, J.**

---

[2]   Amendments or supplements to the final jury instructions and verdict forms or special interrogatories to the jury may be submitted at the close of the evidence.  Please note that a 3.5" disk containing a WordPerfect file of submitted documents would be appreciated.