IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HOWARD** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-3797 |
| | : | |
| **UNITED STATES POSTAL SERVICE** | : | |

## ORDER

**AND NOW**, this 9th day of June, 2005, upon consideration of Defendant's Motion for an Enlargement of Time (docket no. 26), Plaintiff's opposition thereto, and for good cause shown, it is **ORDERED** that the Motion is **GRANTED**.[1] Accordingly, Defendant shall have until June 24, 2005 to file a motion for summary judgment or other dispositive motion.

BY THE COURT:


S/Bruce W. Kauffman
BRUCE W. KAUFFMAN,  J.

---

[1] The Court's Scheduling Order of March 8, 2005 established May 20, 2005 as the deadline for dispositive motions in this case. Defendant has represented that as of that deadline, it had not received certain discovery materials relevant to its summary judgment argument.